**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| BLAEK BETTS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:25-CV-61-RWS-JBB |
| | § | |
| SPORTSCLIPS HAIRCUTS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On May 20, 2025, Plaintiff Blaek Betts, proceeding *pro se*, filed her complaint under Title VII of the Civil Rights Act of 1964 against "SportsClips Haircuts" ("Sports Clips"). Docket No. 1. The case was referred to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636.

On May 1, 2026, Plaintiff requested entry of default judgment (Docket No. 18), which the Clerk of the Court entered on May 4, 2026 (Docket No. 19). On May 6, 2026, King Collyns, LLC d/b/a Sport Clips filed a motion seeking to set aside the Clerk's entry of default judgment. Docket No. 20. On June 15, 2026, the magistrate judge issued a report and recommendation, recommending that the motion be granted. *See* Docket No. 22. Specifically, the magistrate judge recommended the Court set aside the Clerk's entry of default judgment and allow Sports Clips fourteen (14) days to file a waiver of service and a responsive pleading. *Id.* at 8. Plaintiff was informed of the right to file objections as set forth in the magistrate judge's report and recommendation. *Id.* at 8–9.

Plaintiff received a copy of the report and recommendation on June 15, 2026 via electronic notification. *See* Docket No. 6. No objections to the report and recommendation have been filed. Because no objections have been filed, Plaintiff is barred from *de novo* review by the District Court

of the magistrate judge's findings, conclusions, and recommendations, and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville, Tex.*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

After review, the Court concludes that the report and recommendation of the magistrate judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a magistrate judge's report and recommendation are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, the report and recommendation of the magistrate judge (Docket No. 22) is **ADOPTED** as the findings and conclusions of this Court. Accordingly, it is

**ORDERED** that King Collyns, LLC d/b/a Sport Clips' Motion to Set Aside Entry of Default and Motion to File Responsive Pleading Out of Time (Docket No. 20) is **GRANTED**. It is further

**ORDERED** that the Clerk's Entry of Default (Docket No. 19) is **SET ASIDE**. It is further

**ORDERED** that within **fourteen (14) days** of this Order, Defendant King Collyns, LLC d/b/a Sport Clips **SHALL** file (1) a waiver of service and (2) a responsive pleading.

**So ORDERED and SIGNED this 13th day of July, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE